UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTOINE EDWARDS, SR.                                  CIVIL ACTION

VERSUS                                                NO. 25-210

ORLEANS PARISH DISTRICT                               SECTION: "J"(1)
ATTORNEY'S OFFICE ET AL.

## **ORDER**

  The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 5), and Petitioner Antoine Edwards, Sr.'s Objection (Rec. Doc. 9), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

  Magistrate Judge Van Meerveld recommended Petitioner Antoine Edwards, Sr.'s Petition be dismissed without prejudice, as it was filed improperly, without paying the filing fee or seeking to proceed *in forma pauperis*. As an additional ground, Judge Van Meerveld noted this Court previously sanctioned Petitioner for repetitive, frivolous filings, imposing $250.00 sanction: "This Court will not accept any further pleadings or memorandum from Mr. Edwards until the sanction in the amount of $250.00 has been paid." *Edwards v. New Orleans Police Department*, No. 23-3353 (E.D. La. Aug. 22, 2024), ECF No. 68. This Court has confirmed with the Clerk of Court that the sanction remains unpaid.

  Attached to his Objection, Petitioner provides a copy of his January 27, 2025 "Application to Proceed Without Prepayment of Fees and Affidavit". (Rec. Doc. 9-1 at

1

5–7). As to the sanction, however, Petitioner merely claims it to be "erroneously charge[d]". (Rec. Doc. 9 at 6). He is mistaken. Until Petitioner complies with this Court's previous order, he is prevented from his practice of repetitive, frivolous filings.[1] On that basis, this Court need not refer the unfiled but attached application to proceed *in forma pauperis* to the magistrate judge—much less to consider any purported merits to the currently deficient petition. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Antoine Edwards, Sr.'s Objection **(Rec. Doc. 9)** is **OVERRULED**, and the Magistrate Judge's Report and Recommendation **(Rec. Doc. 5)** is **APPROVED** and **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Petitioner Antoine Edwards, Sr.'s *Motion for Miscellaneous Relief* **(Rec. Doc. 8)** is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Petitioner Antoine Edwards, Sr.'s Petition is **DISMISSED without prejudice**.

New Orleans, Louisiana, this 19th day of March, 2025.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] The instant application is Petitioner's fourth in three years: *Edwards v. New Orleans Criminal Court*, No. 23-7342, 2024 WL 436373 (E.D. La. Jan. 10, 2024), *adopted*, 2024 WL 418157 (E.D. La. Feb. 5, 2024); *Edwards v. Hooper*, No. 22-2199, 2023 WL2336953 (E.D. La. Jan. 27, 2023), *adopted*, 2023 WL 2330074 (E.D. La. Mar. 2, 2023), *certificate of appealability denied*, No. 23-30164, 2023 WL 6162805 (5th Cir. June 19, 2023); *Edwards v. New Orleans Police Dept.*, No. 23-3353, 2023 WL 9376978 (E.D. La. Dec. 13, 2023), *adopted*, 2024 WL 247115 (E.D. La. Jan. 23, 2024), *appeal dismissed*, *Edwards v. Scott*, No. 24-30219, 2024 WL 4377429 (5th Cir. May 28, 2024), *cert. denied*, No. 24-5691, 2024 WL 5011756 (Dec. 9, 2024).